UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AVERY PRITCHETT,

    Plaintiff,

v.                         Case No.:  8:23-cv-1005-DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## OPINION AND ORDER

This cause is before the Court on Plaintiff's Unopposed Motion to Dismiss. (Doc. 21). Plaintiff moves to voluntarily dismiss this action with prejudice under Fed. R. Civ. P. 41(a)(2). Under this section, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Plaintiff determined that after a review of the record, a request for dismissal was appropriate. And according to Plaintiff, the Commissioner has no objection to the relief requested.

Accordingly, it is hereby **ORDERED**:

(1)    The Unopposed Motion to Dismiss (Doc. 21) is **GRANTED**, and this action is dismissed with prejudice.

(2) The Clerk will terminate all pending deadlines, enter judgment, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on September 5, 2023.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties